UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOLLY BROOKS,

                        Plaintiff,

               -against-

EDUCATIONAL BUS TRANSPORTATION,
UNITED SERVICE WORKERS UNION,

                        Defendants.
----------------------------------------------------------X
FEUERSTEIN, District Judge:

ORDER
14-CV-3237(SJF)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★  JUN 02 2014  ★
LONG ISLAND OFFICE

On May 23, 2014, *pro se* plaintiff Dolly Brooks ("plaintiff") filed an employment discrimination complaint against defendants Educational Bus Transportation and United Service Workers Union ("defendants") pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Americans with Disabilities Act of 1990, 29 U.S.C. §§ 12112-12117, accompanied by application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in her application to proceed *in forma pauperis*, qualifies her to commence this action without prepayment of the filing fee, the application to proceed *in forma pauperis* is granted. See 28 U.S.C. § 1915.

The Clerk of the Court is directed: (1) to forward to the United States Marshal for the Eastern District of New York copies of plaintiff's summonses, the complaint, the Notice of Hearing dated June 2, 2014 and this Order for service upon defendants without prepayment of fees; and, (2) pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, to serve notice of entry of this Order upon plaintiff as provided in Rule 5(b) of the Federal Rules of Civil Procedure and record such service on the docket.

SO ORDERED.

                                             s/ Sandra J. Feuerstein
                                             _____
                                             Sandra J. Feuerstein
                                             United States District Judge

Dated:     June 2, 2014
             Central Islip, New York